JOSEPH L. CHAIREZ, Bar No. 98698
EMILY R. FRANK, Bar No. 232939
BAKER & HOSTETLER LLP
600 Anton Boulevard, Suite 900
Costa Mesa, California 92626-7221
Telephone:    714.754.6600
Facsimile:    714.754.6611

KENNETH J. SHEEHAN (pro hac vice)
A. NEAL SETH (pro hac vice)
ANNETTE K. KWOK (pro hac vice)
BAKER HOSTETLER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-1500
Telephone:    202.861.1500
Facsimile:    202.861.1783

Attorneys for Plaintiff
LDS TEST AND MEASUREMENT LLC

SQUIRE SANDERS & DEMPSEY
Nathan Lane III, Bar No. 50961
Joseph A. Meckes, Bar No. 190279
Jason M. Richardson, Bar No. 250916
One Maritime Plaza, Suite 300
San Francisco, CA 94111
Telephone:    415.954.0200
Facsimile:    415.393.9887

Attorneys for Defendant
HANGZHOU YIHENG TECHNOLOGIES CO., LTD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LDS TEST AND MEASUREMENT LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>VICON TECH INTERNATIONAL, INC.; ECON GROUP, INC.; HANGZHOU YIHENG TECHNOLOGIES CO., LTD, | Case No.  C08 02465 SBA<br><br>**ORDER REGARDING JOINT STIPULATION FOR CONSENT TO PROCEED BEFORE MAGISTRATE JUDGE RICHARD SEEBORG** |

and DOES 1-10, inclusive,

        Defendants.

Pursuant to the Stipulation for Consent To Proceed Before Magistrate Judge Richard Seeborg, which stipulation was entered into by Plaintiff LDS Test and Measurement LLC and Defendant Hangzhou Yiheng Technologies Co., Ltd.:

IT IS HEREBY ORDERED AND DECREED:

Pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, this matter is referred to United States Magistrate Judge Richard Seeborg to conduct all further proceedings in this action, including any trial and entry of final judgment.  Any appeal from a judgment entered in this case will lie to the U.S. Court of Appeals for the Ninth Circuit as from any other judgment of the district court pursuant to 28 U.S.C. § 636(c)(3) and Fed. R. Civ. P. 73(c).

SO ORDERED this 3rd day of February, 2009

                        _____
                        Hon. Saundra Brown Armstrong
                        United States District Judge

502248414.1

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
COSTA MESA

502248414.1

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
COSTA MESA

[PROPOSED] ORDER RE: JOINT STIPULATION