JOSEPH L. CHAIREZ, Bar No. 98698
EMILY R. FRANK, Bar No. 232939
BAKER & HOSTETLER LLP
600 Anton Boulevard, Suite 900
Costa Mesa, California 92626-7221
Telephone:   714.754.6600
Facsimile:    714.754.6611

*E-FILED 2/19/09*

KENNETH J. SHEEHAN (pro hac vice)
A. NEAL SETH (pro hac vice)
ANNETTE K. KWOK (pro hac vice)
BAKER HOSTETLER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-1500
Telephone:   202.861.1500
Facsimile:    202.861.1783

Attorneys for Plaintiff

LDS TEST AND MEASUREMENT LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LDS TEST AND MEASUREMENT LLC,<br><br>Plaintiff,<br><br>v.<br><br>VICON TECH INTERNATIONAL, INC.; ECON GROUP, INC.; HANGZHOU YIHENG TECHNOLOGIES CO., LTD, and DOES 1-10, inclusive,<br><br>Defendants. | Case No.  C08 02465 RS<br><br>[**PROPOSED**] **ORDER REGARDING STIPULATION AND MOTION FOR CONSENT ORDER FOR DISMISSAL WITHOUT PREJUDICE OF ACTION AGAINST DEFENDANT VICON TECH INTERNATIONAL, INC.** |

Pursuant to the Stipulation and Motion for Consent Order for Dismissal Without Prejudice of Action Against Defendant Vicon Tech International, Inc., which stipulation was entered into and motion was made by Plaintiff LDS Test and Measurement LLC and Defendant Vicon Tech International, Inc.,

---

ORDER RE STIPULATION AND MOTION FOR CONSENT ORDER FOR DISMISSAL RE: VICON TECH INTL

IT IS HEREBY ORDERED AND DECREED:

1. This Court has jurisdiction over the parties to this stipulation.

2. Defendant Vicon and its officers, directors, employees, agents, partners, assignees, successors-in-interest, and any person acting in concert with them are permanently enjoined from in any manner, directly or indirectly, manufacturing, importing, distributing, selling, offering for sale, or advertising any vibration control systems that are of the same design as its "UCONTM-2 Controller Hardware" and "Avant-10 Dynamic Signal Analysis", or that infringe the Shaker Control Copyright and the RT Pro Copyright, or that infringe any other copyright held by Plaintiff.

3. Plaintiff and Defendant Vicon each bear their own costs and fees for the present action.

SO ORDERED this 19th day of February, 2009

_____
Hon. Richard Seeborg
United States Magistrate Judge

502140068