*E-FILED 2/20/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LDS TEST AND MEASUREMENT, | No. 08-02465 RS |
| Plaintiff(s), | **ORDER SETTING CASE MANAGEMENT CONFERENCE** |
| v. | [Reassigned Case] |
| VICON TECH INTERNATIONAL, et al., | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above-entitled matter having been reassigned to the Honorable Richard Seeborg for trial and all further proceedings,

IT IS HEREBY ORDERED, pursuant to Fed.R.Civ.P. 16 and Civil L.R. 16-10, that a Case Management Conference shall be held in this case on **March 25 at 2:30 p.m.** in Courtroom 4, 5th Floor, U.S. District Court, 280 South First Street, San Jose, California.

The parties shall appear in person or through counsel and shall be prepared to discuss all items referred to in Civil L.R. 16-10. In view of the recent filing of a joint case management statement, no additional case management statement need be filed.

1   All documents filed in this matter shall list the civil case number followed only by the initials
2  "**RS**."

4  Dated:  February 20, 2009

_____
RICHARD SEEBORG
United States Magistrate Judge

2

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

A. Neal Seth    nseth@bakerlaw.com

Beth H. Parker    beth.parker@aporter.com

Emily Rita Frank    efrank@bakerlaw.com, djennings@bakerlaw.com

Jose Luis Chairez    jchairez@bakerlaw.com, edivok@bakerlaw.com

Joseph Anthony Meckes    jmeckes@ssd.com, llanglois@ssd.com, sfr_docket@ssd.com

Sean Adrian Andrade    sandrade@bakerlaw.com

Steven Rowe Manchester    smanchester@mwslaw.net, eevans10@gatespeed.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: February 20, 2009

/s/ BAK
Chambers of Magistrate Judge Richard Seeborg