1  JOSEPH L. CHAIREZ, Bar No. 98698
   EMILY R. FRANK, Bar No. 232939
2  BAKER & HOSTETLER LLP
   600 Anton Boulevard, Suite 900
3  Costa Mesa, California 92626-7221
   Telephone:  714.754.6600
4  Facsimile:  714.754.6611

5  KENNETH J. SHEEHAN (pro hac vice)
   A. NEAL SETH (pro hac vice)
6  ANNETTE K. KWOK (pro hac vice)
   BAKER HOSTETLER LLP
7  1050 Connecticut Avenue, N.W.
   Washington, D.C. 20036-1500
8  Telephone:  202.861.1500
   Facsimile:  202.861.1783
9
   Attorneys for Plaintiff
10 LDS TEST AND MEASUREMENT LLC

11 NATHAN LANE III
   JOSEPH A. MECKES
12 JASON M. RICHARDSON
   SQUIRE, SANDERS, & DEMPSEY LLP
13 One Maritime Plaza, Suite 300
   San Francisco, California 94111
14 Telephone:  415.954.0200
   Facsimile:  415.393.9887
15
   Attorneys for Defendant
16 HANGZHOU YIHENG TECHNOLOGIES CO., LTD.

17

18                    **UNITED STATES DISTRICT COURT**

19                    **NORTHERN DISTRICT OF CALIFORNIA**

20                              **OAKLAND DIVISION**

21

22 | LDS TEST AND MEASUREMENT LLC, | Case No. C08 02465 SBA |

23 | Plaintiff, | *[Assigned For All Purposes to the Honorable Judge Saundra Brown Armstrong, Dept. 3]* |

24 | v. | |

25 | VICON TECH INTERNATIONAL, INC.; ECON GROUP, INC.; HANGZHOU YIHENG TECHNOLOGIES CO., LTD, and DOES 1-10, inclusive, | **JOINT ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE PURSUANT TO CIVIL L.R. 7-11; [PROPOSED] ORDER** |

27 | Defendants. | |

28

MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE

Plaintiff LDS Test and Measurement LLC ("LDS") and Defendant Hangzhou Yiheng Technologies Co., Ltd. ("HYT") jointly move the Court to continue the case management conference that is currently scheduled for March 25, 2009 at 2:30 p.m. to April 29, 2009 at 2:30 p.m., or the next date that is convenient for the Court. The parties are engaging in serious settlement discussions and hope to resolve this case in the next few weeks. Accordingly, the parties request the present continuation to facilitate resolution of this matter.

Dated: March 24, 2009

BAKER & HOSTETLER LLP

　　*/s/ Emily R. Frank*
JOSEPH L. CHAIREZ, Bar No. 98698
EMILY R. FRANK, Bar No. 232939
600 Anton Boulevard, Suite 900
Costa Mesa, California 92626-7221
Telephone:　714.754.6600
Facsimile:　714.754.6611

KENNETH J. SHEEHAN (pro hac vice)
A. NEAL SETH (pro hac vice)
ANNETTE K. KWOK (pro hac vice)
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-1500
Telephone:　202.861.1500
Facsimile:　202.861.1783

Attorneys for Plaintiff
LDS TEST AND MEASUREMENT LLC

　　*/s/ Joseph A. Meckes*
NATHAN LANE III
JOSEPH A. MECKES
JASON M. RICHARDSON
SQUIRE, SANDERS, & DEMPSEY LLP
One Maritime Plaza, Suite 300
San Francisco, California 94111
Telephone:　415.954.0200
Facsimile:　415.393.9887

Attorneys for Defendant
HANGZHOU YIHENG TECHNOLOGIES CO., LTD.

- 2 -

MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE

**[PROPOSED] ORDER**

GOOD CAUSE SHOWN, the parties' joint motion to continue the case management conference is GRANTED. The Court continues the case management conference that is currently scheduled for March 25, 2009 at 2:30 p.m. to April 29, 2009 at 2:30 p.m.

IT IS SO ORDERED.

Dated: March 24, 2009

_____
Magistrate Judge
U.S. District Court Northern District of California

502346436

Baker & Hostetler LLP
Attorneys At Law
Costa Mesa

- 3 -