JOSEPH L. CHAIREZ, Bar No. 98698
EMILY R. FRANK, Bar No. 232939
BAKER & HOSTETLER LLP
600 Anton Boulevard, Suite 900
Costa Mesa, California 92626-7221
Telephone:   714.754.6600
Facsimile:    714.754.6611

*E-Filed 6/12/09*

KENNETH J. SHEEHAN (pro hac vice)
A. NEAL SETH (pro hac vice)
ANNETTE K. KWOK (pro hac vice)
BAKER HOSTETLER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-1500
Telephone:   202.861.1500
Facsimile:    202.861.1783

Attorneys for Plaintiff
LDS TEST AND MEASUREMENT LLC

SQUIRE SANDERS & DEMPSEY
Nathan Lane III, Bar No. 50961
Joseph A. Meckes, Bar No. 190279
Jason M. Richardson, Bar No. 250916
One Maritime Plaza, Suite 300
San Francisco, CA 94111
Telephone:   415.954.0200
Facsimile:    415.393.9887

Attorneys for Defendant
HANGZHOU YIHENG TECHNOLOGIES CO., LTD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LDS TEST AND MEASUREMENT LLC,<br><br>Plaintiff,<br><br>v.<br><br>VICON TECH INTERNATIONAL, INC.; ECON GROUP, INC.; HANGZHOU YIHENG TECHNOLOGIES CO., LTD, | Case No. C08 02465 RS<br><br>[PROPOSED] ORDER REGARDING JOINT ADMINISTRATIVE STIPULATION TO CONTINUE MEDIATION DEADLINE |

1 | and DOES 1-10, inclusive,
2 |     Defendants.

### [~~PROPOSED~~] ORDER

GOOD CAUSE SHOWN, the parties' joint stipulation to continue the mediation deadline is GRANTED. The Court continues the mediation deadline that is currently scheduled for May 29, 2009 to June 30, 2009.

IT IS SO ORDERED.

Date: June 12, 2009

/s/ Richard G. Seeborg
Magistrate Judge
U.S. District Court Northern District of California

502467254.1

- 2 -

ORDER RE: MEDIATION DEADLINE