JOSEPH L. CHAIREZ, Bar No. 98698
EMILY R. FRANK, Bar No. 232939
BAKER & HOSTETLER LLP
600 Anton Boulevard, Suite 900
Costa Mesa, California 92626-7221
Telephone:    714.754.6600
Facsimile:     714.754.6611

*E-Filed 8/10/09*

KENNETH J. SHEEHAN (pro hac vice)
A. NEAL SETH (pro hac vice)
ANNETTE K. KWOK (pro hac vice)
BAKER HOSTETLER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-1500
Telephone:    202.861.1500
Facsimile:     202.861.1783

Attorneys for Plaintiff
LDS TEST AND MEASUREMENT LLC

SQUIRE SANDERS & DEMPSEY
Nathan Lane III, Bar No. 50961
Joseph A. Meckes, Bar No. 190279
Jason M. Richardson, Bar No. 250916
One Maritime Plaza, Suite 300
San Francisco, CA 94111
Telephone:    415.954.0200
Facsimile:     415.393.9887

Attorneys for Defendant
HANGZHOU YIHENG TECHNOLOGIES CO., LTD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

~~OAKLAND~~ DIVISION
SAN JOSE

| | |
|---|---|
| LDS TEST AND MEASUREMENT LLC,<br><br>Plaintiff,<br><br>v.<br><br>VICON TECH INTERNATIONAL, INC.; ECON GROUP, INC.; HANGZHOU YIHENG TECHNOLOGIES CO., LTD, | Case No.  C08 02465 RS<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL WITH PREJUDICE |

1  and DOES 1-10, inclusive,

2            Defendants.

3

4        WHEREAS, the parties have resolved through negotiated settlement the claims alleged in

5  this Action;

          NOW, THEREFORE, the parties stipulate that this Action shall be dismissed with

6

7  prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.  The parties shall bear their

8  own costs.

9  Date: July 30, 2009                    LDS TEST AND MEASUREMENT LLC

10                                        By: /s/ *Emily R. Frank*
                                              Emily R. Frank
11                                        JOSEPH L. CHAIREZ, Bar No. 98698
                                          EMILY R. FRANK, Bar No. 232939
12                                        BAKER & HOSTETLER LLP
                                          600 Anton Boulevard, Suite 900
13                                        Costa Mesa, California 92626-7221
                                          Telephone:   714.754.6600
14                                        Facsimile:   714.754.6611

15                                        KENNETH J. SHEEHAN (pro hac vice)
                                          A. NEAL SETH (pro hac vice)
16                                        ANNETTE K. KWOK (pro hac vice)
                                          BAKER HOSTETLER LLP
17                                        1050 Connecticut Avenue, N.W.
                                          Washington, D.C. 20036-1500
18                                        Telephone:   202.861.1500
                                          Facsimile:   202.861.1783
19

20  Date: July 30, 2009                   HANGZHOU YIHENG TECHNOLOGIES CO.,
                                          LTD
21

22                                        By: /s/ *Joseph A. Meckes*
                                              Joseph A. Meckes
23                                        SQUIRE SANDERS & DEMPSEY
                                          Nathan Lane III, Bar No. 50961
24                                        Joseph A. Meckes, Bar No. 190279
                                          Jason M. Richardson, Bar No. 250916
25                                        One Maritime Plaza, Suite 300
                                          San Francisco, CA 94111
26                                        Telephone:   415.954.0200
                                          Facsimile:   415.393.9887
27

28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
COSTA MESA

1  JOSEPH L. CHAIREZ, Bar No. 98698
   EMILY R. FRANK, Bar No. 232939
2  BAKER & HOSTETLER LLP
   600 Anton Boulevard, Suite 900
3  Costa Mesa, California 92626-7221
   Telephone:    714.754.6600
4  Facsimile:    714.754.6611

5  KENNETH J. SHEEHAN (pro hac vice)
   A. NEAL SETH (pro hac vice)
6  ANNETTE K. KWOK (pro hac vice)
   BAKER HOSTETLER LLP
7  1050 Connecticut Avenue, N.W.
   Washington, D.C. 20036-1500
8  Telephone:    202.861.1500
   Facsimile:    202.861.1783
9
   Attorneys for Plaintiff
10 LDS TEST AND MEASUREMENT LLC

11 SQUIRE SANDERS & DEMPSEY
12 Nathan Lane III, Bar No. 50961
   Joseph A. Meckes, Bar No. 190279
13 Jason M. Richardson, Bar No. 250916
   One Maritime Plaza, Suite 300
14 San Francisco, CA 94111
   Telephone:    415.954.0200
15 Facsimile:    415.393.9887

16
   Attorneys for Defendant
17 HANGZHOU YIHENG TECHNOLOGIES CO.,
   LTD
18

19                UNITED STATES DISTRICT COURT

20                NORTHERN DISTRICT OF CALIFORNIA

21                     ~~OAKLAND~~ DIVISION
22                          SAN JOSE

23
   LDS TEST AND MEASUREMENT LLC,          Case No. C08 02465 RS
24
              Plaintiff,                  [~~PROPOSED~~] **ORDER REGARDING**
25                                        **DISMISSAL WITH PREJUDICE**
        v.
26
   VICON TECH INTERNATIONAL, INC.;
27 ECON GROUP, INC.; HANGZHOU
   YIHENG TECHNOLOGIES CO., LTD,
28

1 | and DOES 1-10, inclusive,
2 | Defendants.

### [PROPOSED] ORDER

Upon the parties' stipulation, pursuant to Rule 41 of the Federal Rules of Civil Procedure, this Action is hereby dismissed with prejudice.

IT IS SO ORDERED.

Date: Aug. 10, 2009

_____
Richard G. Seeborg
Magistrate Judge
U.S. District Court Northern District of California

502516608